IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELEAZAR RODRIGUEZ, § | |
| § | |
| Petitioner § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-CV-142 |
| § | |
| JANET RENO, et al § | |
| § | |
| Respondents § | |

United States District Court
Southern District of Texas
ENTERED

DEC 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

Petitioner Eleazar Rodriguez's First Amended Verified Petition for Writ of Habeas Corpus and Injunctive Relief [Dkt. 2-1] is DENIED.  This case is closed.

DONE at Brownsville, Texas, this _____ day of December 1998.

Hilda G. Tagle
United States District Judge